UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROGER GARVER,

    Plaintiff,

    v.

MICHAEL MCGUIRE,

    Defendant.

Case No. 2:23-cv-2073
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter arises on the parties' Joint Motion to Remand ("Motion"). (ECF No. 6.) The parties now agree that Plaintiff's claims do not give rise to federal question jurisdiction, and that, as a consequence, federal question jurisdiction is unavailable. (*Id.*) They thus ask this Court to remand the instant case to the Franklin County Court of Common Pleas. (*Id.*)

Upon careful review of the parties' Motion and Defendant's Notice of Removal (ECF No. 1), the Court **GRANTS** the Motion (ECF No. 6) and **REMANDS** the case to the Franklin County Court of Common Pleas.

The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

7/11/2023                                    s/Edmund A. Sargus, Jr.
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**